BEULAH G. SMITH AND ROYAL INDEMNITY COMPANY v. ROBERT L. FREEMAN.

(Filed 21 March, 1956.)

APPEAL by plaintiffs from *Bone, J.,* December, 1955, Civil Term, of WILSON.

Civil action growing out of automobile collision that occurred 15 June, 1954, in a residential district of Elm City, North Carolina.

Plaintiff Smith was driving her Chrysler car east on Main Street. Defendant was driving his Ford car south on Anderson Street. Their cars collided within the intersection of these streets. Both cars were

damaged and each driver sustained personal injuries. Each alleged that the collision was caused by the negligence of the other.

Royal Indemnity Company was made a party plaintiff because of a payment made by it to plaintiff Smith under a collision insurance policy on the Chrysler car.

Issues of negligence, contributory negligence and damages, arising on the pleadings, were submitted to the jury, as to plaintiffs' action and separately as to defendant's cross action. In respect of each set of issues, the jury answered both the negligence issue and the contributory negligence issue, "Yes," and did not answer the issues relating to damages.

Judgment was entered, (1) that plaintiffs recover nothing on their action, (2) that defendant recover nothing on his cross action, and (3) that plaintiffs pay the costs. Plaintiffs excepted and appealed, assigning as error (1) the denial of plaintiff Smith's motion for judgment of nonsuit as to defendant's cross action, and (2) designated portions of the charge.

*Talmadge L. Narron for plaintiffs, appellants.*
*Dupree, Weaver & Montgomery for defendant, appellee.*

PER CURIAM. We concur in Judge Bone's denial of plaintiff Smith's motion for judgment of nonsuit as to defendant's cross action. The jury's finding that negligence on the part of plaintiff Smith concurred with the negligence of defendant in proximately causing the collision is supported by competent evidence; and careful consideration of the charge fails to disclose prejudicial error. Hence, the verdict and judgment will not be disturbed.

No error.